**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ricardo Raul MENDEZ, Defendant–Appellant.**

**No. 12–10071.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 15, 2013.*

Filed Jan. 16, 2013.

Erica McCallum, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Thomas E. Higgins, Esquire, Law Offices of Thomas E. Higgins Jr., Tucson, AZ, Defendant–Appellant.

Ricardo Raul Mendez, pro se.

Before: SILVERMAN, BEA, and NGUYEN, Circuit Judges.

MEMORANDUM ***

Ricardo Raul Mendez appeals from the district court's judgment and challenges his guilty-plea conviction and 48–month sentence for possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(ii)(II). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Mendez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Mendez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.